IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **HILL-ROM SERVICES, INC.,** | ) | |
| **HILL-ROM COMPANY, INC., and** | ) | |
| **HILLENBRAND INDUSTRIES, INC.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | 1:03CV01227 |
| | ) | |
| **VERSUS TECHNOLOGY, INC.,** | ) | |
| **A4 HEALTH SYSTEMS, INC.,** | ) | |
| **HEALTHCARE INFORMATION** | ) | |
| **TECHNOLOGY, INC., and** | ) | |
| **SURGICAL INFORMATION** | ) | |
| **SYSTEMS, LLC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

O-R-D-E-R

This matter came on for an initial pretrial conference and for a ruling on Hill-Rom's motion to limit discovery to jurisdictional and certain threshold issues. (Pleading No. 41.) The Court heard the oral argument of counsel and took the matter under consideration. On review, the Court, in its discretion, finds that bifurcation of discovery would be largely unmanageable in this case and would not likely result in significant economies in resolution of the case. Accordingly, Hill-Rom's motion is denied and the case shall proceed into discovery on all issues. The Court recognizes that the parties may jointly wish to conduct

some discovery in discrete phases, and this order is without prejudice to any agreement the parties may reach in this regard.

In view of this order, the parties will need to further discuss a proposed pretrial scheduling order. The Clerk shall set this matter on for a further pretrial conference, but, of course, the parties need not attend if they are able to agree upon and to file a joint Rule 26(f) Report.

**IT IS SO ORDERED.**

                                        /s/ P. Trevor Sharp
                                    United States Magistrate Judge

Date: June 30, 2005