IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| HILL-ROM SERVICES, INC., | ) | |
| HILL-ROM COMPANY, INC., | ) | |
| HILLENBRAND INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:03CV1227 |
| | ) | |
| VERSUS TECHNOLOGY, INC., | ) | |
| A4 HEALTH SYSTEMS, INC., | ) | |
| HEALTHCARE INFORMATION | ) | |
| TECHNOLOGY, INC., SURGICAL | ) | |
| INFORMATION SYSTEMS, LLC., | ) | |
| | ) | |
| Defendants. | ) | |

and

| | | |
|---|---|---|
| VERSUS TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CV1116 |
| | ) | |
| HILLENBRAND INDUSTRIES, INC., | ) | |
| HILL-ROM SERVICES, INC., | ) | |
| HILL-ROM COMPANY, INC., | ) | |
| VISONIC TECHNOLOGIES LTD., | ) | |
| VT AMERICAS, INC., and ELPAS | ) | |
| ELECTRO-OPTIC SYSTEMS LTD., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

For the reasons set forth in the contemporaneously filed Memorandum

Opinion the 1116 Case is consolidated with the 1227 Case up to the point of trial.

At that time the issue will be revisited.

Additionally: (1) Versus' Motion for Leave to Amend Complaint to Join a Necessary Party [1116 Case, Doc. #203] is GRANTED.  Thus, Hill-Rom's Motion to Dismiss for Failure to Join an Indispensable Party [1116 Case, Doc. #26] is now MOOT; (2) Hill-Rom's Motion to Dismiss and/or Strike Versus' Sixth Affirmative Defense and Counterclaim Counts II and V [1227 Case, Doc. #30] is GRANTED; (3) Hill-Rom's unopposed Motion to Amend Complaint to Add Defendant Patient Care Technology Systems, LLC [1227 Case, Doc. #73] is GRANTED; (4) Visonic's Motion to Dismiss for Lack of Personal Jurisdiction [1116 Case, Doc. #138] is GRANTED and Visonic Technologies, Ltd. is DISMISSED as a party to this case; (5) Third Party Defendants' unopposed Motion to Dismiss Party [1116 Case, Doc. #166] is GRANTED and the claims against Visonic Ltd. and Visonetix Ltd. are DISMISSED; and (6) Hill-Rom's Motion to Dismiss Counts II through VI of Versus' Complaint [1116 Case, Doc. #140] is DENIED at this time.

This the day of June 2, 2006

                                               /s/ N. Carlton Tilley, Jr.
                                               United States District Judge